UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **DARRY LEWIS** | * | **CIVIL ACTION NO.: 17-cv-00224** |
| **VERSUS** | * | **JUDGE** |
| **NEREUS SHIPPING AND M/V LACONIC** | * | **MAGISTRATE** |

******************

## COMPLAINT FOR DAMAGES

The Complaint of Darry Lewis, a major and resident of and domiciled in the City of Baton Rouge, State of Louisiana, respectfully represents that:

1.

Made defendant herein is Nereus Shipping, owners of the M/V Laconic (bearing IMO # 9541825), a foreign shipping company not authorized to do but doing business on the waterways of Louisiana, which may be served pursuant to La.R.S. 13:3479 through the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809 as directly and through its agents and employees it caused injury while using the waterways of Louisiana.  Nereus Shipping is located at, Lemos Maritime Building, 35-39, Akti Miaouli, 185 35 Piraeus, Greece 185 35.

2.

This Court is vested with jurisdiction as the case is cognizable under the admiralty and maritime laws of the United States and because the amount in dispute is greater than $75,000.00 and there is complete diversity among the parties.

3.

As a direct and proximate result of the incident sued upon, Complainant has incurred medical expenses, loss of earnings and earnings capacity and suffered serious, painful, and debilitating injuries or aggravations of pre-existing conditions to his neck, back, shoulders and other parts of his mind and body.

4.

Darry Lewis was employed by John W Stone Oil Distributor, LLC. and assigned to work on a barge at Ama Anchorage in St. Charles Parish.  On or about June 21, 2016, as Darry Lewis was fueling the M/V Laconic, an employee on the vessel threw his hard hat down from the vessel striking Darry Lewis in the head, causing him injury.

5.

At all pertinent times, the crew member of the vessel the M/V Laconic was assisting in the fueling operation and acting in the course and scope of this employment with Nereus Shipping.

6.

The foregoing incident was caused by the fault of Nereus Shipping, owners of the M/V Laconic, and its agents, employees, servants, or others for whom it is legally responsible in the following non-exclusive particulars:

a) Continuing to employ crew members who have no regard for the safety of others operating a transfer to the vessel;

b) Failing to provide the Complainant with a safe working environment or procedures during the fuel transfer to the vessel;

c) Failing to provide adequate training to the crew members of its vessel;

d) Failing to provide an adequate complement of crew and/or sufficiently trained crew and/or equipment;

    e)    Failing to properly institute or to enforce policies and procedures that would have reasonably protected Darry Lewis and others from injury;

    f)    Acting in a willful and wanton manner through the actions of its employee who threw the hat; and

    g)    Breaching the legally imposed duties of care owed to Darry Lewis in matters to be proven at the trial of this cause.

7.

The conduct of the member of the crew of the M/V Lanconic, while acting within the course and scope of his employment, acted in willful and wanton disregard for the safety of others, including Darry Lewis, giving rise to a cause of action for punitive or exemplary damages.

8.

As a direct result of the fault of and breach of duties owed as set forth herein by Nereus Shipping, owner of the M/V Laconic, Darry Lewis has suffered physical injury and pain as a result of the injuries to his head, neck, and other parts of his body, including aggravation of conditions that may have predated the accident; mental pain and suffering, emotional anguish, loss of enjoyment of life; and economic loss, including medical bills, lost wages, income, earnings and/or earnings capacity and the loss of the ability to provide services for himself that he would have otherwise provided, all of which warrant an award in his favor for damages in an amount reasonable under the circumstances.

WHEREFORE, Darry Lewis prays that, after the expiration of all legal delays and due proceedings had, there be a judgment rendered herein in his favor and against the defendant, Nereus Shipping, the owners of M/V Laconic, for all damages reasonable under the premises and punitive damages as are appropriate under the premises, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings and any other damages, penalties, or sanctions reasonable under the premises.

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys And Counselors At Law
7908 Wrenwood Blvd.
Baton Rouge, Louisiana 70809
(225) 932-9221; Fax (225) 932-9286


  /s/ Eulis Simien, Jr.
By:    Eulis Simien, Jr. (T.A.), Bar # 12077
       Jimmy Simien Bar, # 1598